UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

STAMPEDE PRESENTATION PRODUCTS, INC.,

                Plaintiff,

                                                   ORDER
      v.                                                 12-CV-491A

PRODUCTIVE TRANSPORTATION, INC., et al.,

                Defendants.

───────────────────────────────

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On April 30, 2013, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant 1SaleADay's motion to dismiss be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant 1SaleADay's motion to dismiss is granted.

        The case is referred back to Magistrate Judge Schroeder for further proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: May 21, 2013